# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**vs.**  3:06cr20/RV

**DEONSEY LONTE JOHNSON**

## ORDER

The defendant has filed a motion for a certificate of appealability of this court's denial of his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 123). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, see *United States v. Futch*, 518 F.3d 887 (11th Cir. 2008), and for the reasons set forth in this court's March 18, 2010 order (doc. 123) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on February 12, 2010 (doc. 121), his request for a certificate of appealability is DENIED.

Defendant has not filed a motion for leave to proceed *in forma pauperis*. If he did, such motion would be denied as the court finds that the appeal is not taken in good faith, and he is not otherwise entitled to so proceed. Defendant shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 16th day of April, 2010.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**